**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shirley Hamer                                                CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-22922 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Ally Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Brian C. Nicholas*

Brian Nicholas
26 Oct 2020, 16:21:40, EDT

Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com